**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x

| | |
|---|---|
| GILLIAN HARDING,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>THE CARLYLE HOTEL, THE BEMELMANS BAR, and THE ROSEWOOD HOTEL GROUP,<br><br>　　　　　　　Defendants. | Case No. 1:21-CV-7545 (RA)<br><br>**~~PROPOSED~~ ORDER GRANTING WITHDRAWAL OF APPEARANCE OF SAIMA Z. SHEIKH** |

------------------------------------ x

In accordance with Local Civil Rule 1.4, and upon consideration of the annexed declaration of Saima Z. Sheikh, of Baker & Hostetler LLP, is hereby withdrawn as counsel for Defendants The Carlyle Hotel and The Bemelmans Bar.[1]

**SO ORDERED.**

_____
U.S.D.J.
Hon. Ronnie Abrams
04/21/2022

---

[1] The correct name for Defendant "The Carlyle Hotel" is Hotel Carlyle Owners Corporation and the correct name for Defendant "The Bemelmans Bar" is The Carlyle, LLC.

4886-8486-9404.1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GILLIAN HARDING,

        Plaintiff,

        v.

THE CARLYLE HOTEL, THE
BEMELMANS BAR, and THE ROSEWOOD
HOTEL GROUP,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 1:21-CV-7545 (RA)

**DECLARATION OF SAIMA Z. SHEIKH**

I, Saima Z. Sheikh, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am an associate with the law firm of Baker & Hostetler LLP, attorneys for Defendants The Carlyle Hotel and The Bemelmans Bar in this case.[1] I am admitted to practice in this Court and respectfully submit this Declaration in support of the Proposed Order Granting Withdrawal of Appearance of Saima Z. Sheikh.

2. Due to my departure from the firm to pursue employment as in-house counsel for a corporation other than Defendants, I will no longer be able to represent Defendants in this matter.

3. Defendants The Carlyle Hotel and The Bemelmans Bar have been informed of my withdrawal as counsel and they do not oppose the withdrawal.

4. Patrick M. Muldowney, a Partner at Baker & Hostetler LLP, has appeared in this action (ECF No. 14) and will continue to represent Defendants The Carlyle Hotel and The Bemelmans Bar in this action. I am no longer representing Defendants The Carlyle Hotel and The Bemelmans Bar in this action.

5. I am not asserting a retaining or charging lien in this action.

---

[1] The correct name for Defendant "The Carlyle Hotel" is Hotel Carlyle Owners Corporation and the correct name for Defendant "The Bemelmans Bar" is The Carlyle, LLC.

- 2 -

Respectfully submitted,

*[signature]*

BAKER HOSTETLER LLP
Saima Z. Sheikh