USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 05/06/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GILLIAN HARDING,

                        Plaintiff,

            v.                                                21-CV-7545 (RA)

THE CARLYLE HOTEL, THE                                            ORDER
BEMELMANS BAR, and ROSEWOOD
HOTEL GROUP,

                        Defendants.

RONNIE ABRAMS, United States District Judge:

        As discussed at today's telephone conference, by no later than May 17, 2022, Plaintiff

Gillian Harding, either through counsel or if her counsel withdraws, on her own behalf, shall

submit a letter to the Court advising whether she intends to proceed with this case.  If such a

letter is not filed with the Court by May 17, 2022, Ms. Harding's deposition currently scheduled

for May 23, 2022 will be canceled and the Court may dismiss this action for failure to prosecute

pursuant to Federal Rule of Civil Procedure 41(b).

        Plaintiff's counsel shall provide Plaintiff with a copy of this Order immediately upon

receipt.

SO ORDERED.

Dated:      May 6, 2022
            New York, New York

                                                    _____
                                                    Ronnie Abrams
                                                    United States District Judge